**Exhibit 1 – June 20, 2018 email from Mr. Williams to Plaintiff**



Jeffrey DiLazzero <jdilazzero@gmail.com>

## Salient Arms International, Inc.

**Jason.K.Williams@usdoj.gov** <Jason.K.Williams@usdoj.gov>  Wed, Jun 20, 2018 at 3:04 PM
To: jdilazzero@gmail.com
Cc: jacobl@salientarms.com, adrian.chavezsss@gmail.com, aaronc@salientarms.com

Jeff,

I am following up on our email exchange from last week. After further reviewing the response you submitted on behalf of your client and discussing it with my supervisor our office is unable to determine whether the Tier packages your client offers for other manufacturers firearms constitutes gunsmithing or manufacturing. The best route to resolve this is for your client to submit to ATF's Firearms Industry Programs Branch (FIPB) a detailed breakdown of all processes that are performed on, and all parts that are replaced in, each model of Glock, Smith & Wesson, Arsenal, Benelli, Breda USA and Remington firearms on which a Tier package is offered. This detailed breakdown will need to be submitted in letter form and request that FIPB render a determination as to whether the work Salient performs on other manufacturers firearms constitutes gunsmithing or manufacturing. The request will need to come from one of the RP's on the license and be submitted to the Chief of FIPB at FIPB@atf.gov. I would ask that I be copied on the submission as well. If you or your client has any questions please let me know.

Thank you,

Jason Williams

Bureau of Alcohol, Tobacco, Firearms and Explosives

Industry Operations Investigator

Las Vegas III (Industry Operations)

(702) 347-5952

**From:** Jeffrey DiLazzero <jdilazzero@gmail.com>
**Sent:** Thursday, June 14, 2018 1:32 PM
**To:** Williams, Jason K. <Jason.Williams@atf.gov>
**Cc:** jacobl@salientarms.com
**Subject:** Re: Salient Arms International, Inc.

[Quoted text hidden]